IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| GENE CLARK, Register No. 42716, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-4080-CV-C-NKL |
| C.O. I KOON, et al., | ) ) | |
| Defendants. | ) | |

### ORDER

On December 12, 2005, the United States Magistrate Judge recommended that the motions of defendants Lamour and Lueckenotte to dismiss for failure to exhaust administrative remedies be denied, without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the motions of defendants Lamour and Lueckenotte to dismiss for failure to exhaust administrative remedies are denied, without prejudice [25, 29].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 25, 2006
Jefferson City, Missouri